# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN JOSHUA ZARATE,
            Appellant,
vs.
THE STATE OF NEVADA,
            Respondent.

No. 71470

STEPHEN JOSHUA ZARATE,
            Appellant,
vs.
THE STATE OF NEVADA,
            Respondent.

No. 71471

**FILED**

JAN 1 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from purported decisions denying a motion to modify sentence and a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

No decision, oral or written, had been made on the motion and petition when appellant filed his appeals on October 3, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

17-01861

cc:    Hon. Valerie Adair, District Judge
Stephen Joshua Zarate
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A